Brotherhood of Railroad Trainmen et al., Appellant, *v.* The Public Service Commission (No. 2).

OPINION BY TREXLER, J., February 28, 1920:

The operations in this case are but the reverse movement of those in No. 16, March Term, 1919, and for the reasons given in an opinion this day filed in said case the order of the Public Service Commission in No. 17, March Term, 1919, is affirmed. Appellants for costs.